STATE OF NEBRASKA, APPELLEE, v. HAROLD JONES, APPELLANT.

216 N. W. 2d 519

Filed March 21, 1974.   No. 39116.

T. Clement Gaughan and Paul M. Conley, for appellant.

Richard R. Wood and Norman Langemach, Jr., for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, McCOWN, NEWTON, and CLINTON, JJ., and BUCKLEY, District Judge.

CLINTON, J.

Defendant was convicted of a second offense violation of a municipal ordinance prohibiting operating a motor vehicle while his operator's license was under suspension. The penalty provided by the ordinance was a mandatory jail term of 6 months. The sole issue is whether defendant was entitled to a trial by jury. The question has been determined adversely to the defendant's contention. See State v. Johnson, *ante* p. 535, 216 N. W. 2d 517. Affirmed. Rule 20.

AFFIRMED.